# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 4:12-CR-0011** |
| | : | |
| v. | : | **(Judge Conner)** |
| | : | |
| **RICKY JEROME SMITH** | : | |

## ORDER

AND NOW, this 12th day of March, 2012, upon consideration of the motion for transfer and motion for court-funded law books (Doc. 25), filed by *pro se* defendant Ricky Jerome Smith ("Smith"), wherein Smith requests a transfer from Clinton County Correctional Facility due to the lack of access to the law library, and wherein Smith further requests that the court provide him with four law books for his prison cell,[1] and the court finding that a prisoner has no right to placement in any particular prison and that the United States Marshals control the location of a defendant's pre-trial detention, see 18 U.S.C. § 3142; (Doc. 3, at 3 (detention order committing defendant to custody of Attorney General or designated representative for confinement in a correctional facility)), and the court concluding that Smith has no right to court-funded law books simply because he has decided to proceed

---

[1] Smith requests (1) the Federal Rules of Criminal Procedure, (2) the Federal Rules of Evidence, (3) Black's Law Dictionary, and (4) a motion and brief preparation book. (Doc. 26, at 2).

*pro se* in this matter, it is hereby ORDERED that the motion for transfer and for court-funded law books (Doc. 25) is DENIED.

                          S/ Christopher C. Conner
                          CHRISTOPHER C. CONNER
                          United States District Judge