# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL NO. 4:12-CR-0011 |
| | : | |
| v. | : | (Judge Conner) |
| | : | |
| **RICKY JEROME SMITH** | : | |

## ORDER

AND NOW, this 23rd day of March, 2012, upon consideration of the motion to rule on all pending motions filed after January 26, 2012, and request for docket sheet (Doc. 34) filed by *pro se* defendant Ricky Smith ("Smith"), wherein Smith states that he filed over five motions with briefs that have not been ruled upon, including motions for medical relocation and private medical examiners, a motion for pretrial release, a motion to dismiss, and a motion to hold the prosecutor, marshals and judge in contempt of court (see Doc. 35), and after a review of the docket in the above-captioned matter, it appearing that the court has not received any of the motions Smith claims are pending before the court, it is hereby ORDERED that:

1. The motion to rule on all pending motions filed after January 26, 2012 (Doc. 34) is DENIED.

2. The Clerk of Court is directed to mail defendant Smith a copy of the docket sheet in the above-captioned matter.

                                                    S/ Christopher C. Conner
                                                    CHRISTOPHER C. CONNER
                                                    United States District Judge