# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 4:12-CR-0011** |
| | : | |
| v. | : | **(Judge Conner)** |
| | : | |
| **RICKY JEROME SMITH** | : | |

## **ORDER**

AND NOW, this 27th day of June, 2012, upon consideration of the motion for court funding for private forensic specialist (Doc. 38), filed on March 20, 2012, by *pro se* defendant Ricky Jerome Smith ("Smith"), wherein Smith requests that the court fund a forensics specialist for his defense on the basis of the injuries he purportedly suffered during the January 19, 2012 incident and the contents of the discovery documentation received from the government on March 14, 2012 (see Doc. 39), and the court noting that Smith is charged in a three-count indictment with two counts of assault on a correctional employee, in violation of 18 U.S.C. § 111(a)(1) and (b), and one count of resisting and impeding correctional employees in violation of 18 U.S.C. § 111(a)(1), (see Doc. 1), and it appearing that none of these charges, and no evidence related to these charges, would require the services of a forensic specialist, and therefore the court finding no grounds upon which to grant said request for a court-funded forensic specialist, it is hereby ORDERED that the motion for court funding for private forensic specialist (Doc. 38) is DENIED without prejudice to the

rights of Smith to move for said relief upon a specific showing of need for a forensic specialist in the above-captioned matter.

                                                 S/ Christopher C. Conner
                                                 CHRISTOPHER C. CONNER
                                                 United States District Judge